UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEEHAM RAHMAN, <br><br> Plaintiff, <br><br> v. <br><br> DAPHNE CHEN and TIMOTHY CHEN, <br><br> Defendants. | NO. C17-1005-JCC <br><br> ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND GRANTING LEAVE TO AMEND |

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action, Dkt. 1. After careful consideration of the application, proposed complaint, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is DENIED because it does not contain sufficient information regarding his spouse's income and assets for the Court to have a thorough understanding of plaintiff's financial situation. Specifically, plaintiff indicates that he is married and his spouse's net monthly salary is approximately $12,000 per month. Dkt. 1 at 1. However, he fails to complete the remaining questions on the IFP affidavit with respect to his spouse, noting "I do not know about my wife. These (sic) are all my own information." *Id*. For example, he indicates that he does not have any interest in real estate, stocks, bonds, or retirement, or automobiles, but states that "I do not know about my spouse." *Id*. at 2. He also fails to complete Question 7, which asks him to describe his monthly expenses. *Id.*

ORDER - 1

Plaintiff must sufficiently answer all of the questions on the IFP affidavit approved for use in this district. This information is necessary for the Court to determine whether plaintiff financially qualifies to bring this action without paying the applicable filing fee. If plaintiff is not being financially supported by his spouse's substantial income, or there are other circumstances the Court needs to know to understand why plaintiff believes that he cannot pay court fees and costs, plaintiff should so indicate in response to Question 8.

(2)   Plaintiff is GRANTED LEAVE TO AMEND and shall have **30 days** from the date of this Order to correct these deficiencies by filing a new and complete IFP application. Plaintiff is advised that this case may be subject to dismissal if he does not respond to this Order or fails to correct the deficiencies.

(3)   The Clerk is directed to send a copy of this Order to the plaintiff, and to the Honorable John C. Coughenour.

DATED this 14th day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2