# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SEEHAM RAHMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>DAPHNE CHEN and TIMOTHY CHEN,<br><br>                Defendants. | Case No. C17-1005-JCC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") and supporting declaration in the above-entitled action. Dkts. 5-6. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's amended application to proceed IFP (Dkt. 5) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 7th day of August, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1