UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEEHAM RAHMAN,<br><br>Plaintiff,<br><br>v.<br><br>DAPHNE CHEN, *et al.*,<br><br>Defendants. | CASE NO. C17-1005-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 25). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." All parties who have appeared stipulate that all claims shall be dismissed with prejudice and without an award of attorney fees. (Dkt. No. 25 at 1.) Thus, under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs to either party. The Clerk is DIRECTED to close this case.

//

//

//

1     DATED this 16th day of May 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/*Tomas Hernandez*
                                              Deputy Clerk